IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KARI SIMONSEN, | |
| Plaintiff, | 4:25CV3019 |
| vs. | |
| THURSTON COUNTY SCHOOL DISTRICT 87-0013, KIRK AHRENDS, in his individual and official capacities; and SETH SACKMANN, in his individual and official capacities; | ORDER OF DISMISSAL |
| Defendants. | |

This matter is before the Court on the parties' Joint Stipulation for Dismissal. (Filing No. 9.) Having considered the matter, the Court will accept the Joint Stipulation. Accordingly,

**IT IS ORDERED** that this case is dismissed with prejudice, with the parties to bear their own attorney's fees and costs.

Dated this 17th day of April, 2025.

BY THE COURT:

_____
Susan M. Bazis
United States District Judge